**Christopher J. Lewis, OSB #003079**
Email clewis@schwabe.com
**Devon Zastrow Newman, OSB #014627**
Email dnewman@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1600
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900
   *Attorneys for Plaintiffs McDavid*
   *Knee Guard, Inc. and Stirling*
   *Mouldings Limited*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MCDAVID KNEE GUARD, INC., an Illinois corporation, and STIRLING MOULDINGS LIMITED, an English corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>NIKE USA, INC., an Oregon corporation,<br><br>   Defendant. | CASE NO:_____<br><br>**PLAINTIFFS' MOTION TO COMPEL DANIEL KIM TO PRODUCE DOCUMENTS AND APPEAR FOR A DEPOSITION**<br><br>Fed. R. Civ. P. 37, 45<br>**Oral Argument Requested** |

**LOCAL RULE 7.1(a) CERTIFICATION STATEMENT**

Pursuant to Local Rule 7.1(a), counsel for plaintiffs McDavid Knee Guard, Inc.

("McDavid") and Stirling Mouldings Limited ("Stirling") certifies that counsel for plaintiffs has

Page 1 -   PLAINTIFFS' MOTION TO COMPEL DANIEL KIM
           TO PRODUCE DOCUMENTS AND APPEAR FOR A
           DEPOSITION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

conferred by telephone with Daniel Kim's counsel and no resolution was reached. The assistance of the Oregon Court is required.

## MOTION

Plaintiffs move this Court for an Order requiring Daniel Kim, President and Owner of Finn Tech, Inc., an Oregon Corporation, Finn Tech Taiwan, located in Taiwan, Finn Tech Holdings, Limited, located in Hong Kong, and Finn Tech Co., Limited, a Korean corporation (collectively "Finn Tech"), to produce the documents in his custody, possession, or control, including documents in the custody, possession, or control of his business entities, and to appear for a deposition as requested in the subpoenas served upon him at his residence in Portland and upon him personally.

This motion is supported by the memorandum, Declaration of Devon Zastrow Newman and the exhibits submitted herewith.

Dated this 19th day of June, 2009.

        Respectfully submitted,

        Schwabe, Williamson & Wyatt, P.C.

By: _____
Christopher J. Lewis, OSB #003079
Devon Zastrow Newman, OSB #014627
SCHWABE, WILLIAMSON & WYATT
1211 SW 5th Ave, Suite 1900
Portland, OR 97204
Telephone:  503-222-9981
Facsimile:  503-796-2900

Page 2 - **PLAINTIFFS' MOTION TO COMPEL DANIEL KIM TO PRODUCE DOCUMENTS AND APPEAR FOR A DEPOSITION**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

Karl R. Fink
John F. Flannery
Paul B. Henkelmann
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone:   312-577-7000
Facsimile:   312-577-7007
   *Attorneys for Plaintiffs McDavid*
   *Knee Guard, Inc. and Stirling*
   *Mouldings Limited*

Page 3 -   PLAINTIFFS' MOTION TO COMPEL DANIEL KIM
         TO PRODUCE DOCUMENTS AND APPEAR FOR A
         DEPOSITION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2009, I served the foregoing PLAINTIFFS' MOTION TO COMPEL DANIEL KIM TO PRODUCE DOCUMENTS AND APPEAR FOR A DEPOSITION on the following persons:

Bub-Joo S. Lee
bjslee@leeanavchung.com
Stephanie S. Bang
stephaniesbang@leeanavchung.com
LEE ANAV CHUNG LLP
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013

John M. McCormack
john@khpatent.com
Thomas J. Romano
tromano@khpatent.com
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, OR 97204

*Attorneys for Daniel Kim*

by email and first class mail.

_____
Devon Zastrow Newman

Page 4 -   PLAINTIFFS' MOTION TO COMPEL DANIEL KIM TO PRODUCE DOCUMENTS AND APPEAR FOR A DEPOSITION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900